1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALONZO LAMAR BRADLEY,<br><br>            Petitioner,<br><br>    v.<br><br>MARGARET GILBERT,<br><br>            Respondent. | CASE NO. C12-5939 BHS-JRC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 1st day of November, 2012.

_____
J. Richard Creatura
United States Magistrate Judge