UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALONZO LAMAR BRADLEY,

        Petitioner,

v.

MARGARET GILBERT,

        Respondent.

CASE NO. C12-5939 BHS-JRC

ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

    Respondent asks that the Court grant an extension of time until January 25, 2013 to file an answer (ECF No. 12). Counsel for respondent explains that files from the state court that are needed to file a response have been ordered but that they have not yet arrived (ECF No. 13).

    Petitioner opposes the motion (ECF No. 14). Petitioner argues that the Court has already granted respondent adequate time to file an answer.

ORDER GRANTING RESPONDENT'S MOTION
FOR AN EXTENSION OF TIME - 1

1     Respondent has shown good cause for an extension of time and the motion is granted.

2 Respondent will have until February 8, 2013 to file an answer or other responsive pleading.

3     Dated this 10th day of January, 2013.

4

5

6     _____
J. Richard Creatura
7     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING RESPONDENT'S MOTION
FOR AN EXTENSION OF TIME - 2