UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALONZO LAMAR BRADLEY,<br><br>        Petitioner,<br><br>   v.<br><br>MARGARET GILBERT,<br><br>        Respondent. | CASE NO. C12-5939 BHS-JRC<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

    Petitioner filed a motion asking that the Court appoint counsel to represent him in this action (ECF No. 18). Petitioner filed a motion asking that the petition be dismissed without prejudice less than two weeks later (ECF No. 20). In light of the request to dismiss the petition, the motion for appointment of counsel is denied.

    Dated this 19th day of March, 2013.

                                                     J. Richard Creatura
                                                     United States Magistrate Judge