UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALONZO LAMAR BRADLEY,

    Petitioner,

v.

MARGARET GILBERT,

    Respondent.

CASE NO. C12-5939 BHS-JRC

REPORT AND RECOMMENDATION

NOTED FOR:

APRIL 19, 2013

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

    On March 6, 2013, after respondent had filed an answer, petitioner filed a letter informing the Court that he wished to withdraw his action so that he could pursue unexhausted claims in state court (ECF No. 20). Fed. R. Civ. P. 41(2) allows for dismissal by Court order after an answer has been filed. The Court recommends granting petitioner's request and dismissing this petition without prejudice.

REPORT AND RECOMMENDATION - 1

1 | Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
2 | fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
3 | 6. Failure to file objections will result in a waiver of those objections for purposes of de novo
4 | review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
5 | imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on April
6 | 19, 2013, as noted in the caption
7 | Dated this 19th day of March, 2013.

J. Richard Creatura
United States Magistrate Judge