UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALONZO LAMAR BRADLEY,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>MARGARET GILBERT,<br><br>　　　　　　　Respondent. | CASE NO. C12-5939BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 22. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

　　(1)　The R&R is **ADOPTED**; and

　　(2)　This action is dismissed without prejudice as Plaintiff has filed a motion for voluntary dismissal (Dkt. 20) and Fed. R. Civ. P. 41(a)(2) allows for dismissal without prejudice .

　　Dated this 1st day May, 2013.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER