UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALONZO LAMAR BRADLEY,

    Petitioner,

v.

MARGARET GILBERT,

    Respondent.

CASE NO. C12-5939BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 22. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    This action is dismissed without prejudice as Plaintiff has filed a motion for voluntary dismissal (Dkt. 20) and Fed. R. Civ. P. 41(a)(2) allows for dismissal without prejudice .

Dated this 1st day May, 2013.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER